UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

KENNETH J. PHELAN,

                               Plaintiff,

        vs                                       5:10-CV-724

CHUCK SULLIVAN, N.Y.S.P. Senior Investigator;
*[1]MICHAEL REINOHL; *ERIC LEONARD; *ANN
KOSTECKI; *JIM CONWAY, MATTHEW
RENNERMAN, N.Y.S.P. Officer with the rank of
Major; NICOLE M. LICHVA, N.Y.S.P. Officer;
LYNDA K. RYMANOWSKI, N.Y.S.P. Officer;
HARRY CORBITT, Superintendent of N.Y.S.P.
Police Dept.; ROBERT GAVIN, Reporter at the
Times Union; T. TYLER, Senior Editor for the
Times Union; R. SMITH, also known as Rex
Smith; DEAN DELNEGRO, U.S. Immigration
Agent; JUDGE WAGNER, Albany City Court
Judge; CITY OF ALBANY; CHRISTINA
CALABRESE, Assistant District Attorney; and
*NICK GEORGEADIS; Each Individually and
in their Official Capacity,

                               Defendants.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

APPEARANCES:

KENNETH J. PHELAN
Plaintiff, Pro Se
09-A-01183
Five Points Correctional facility
Caller Box 119
Romulus, NY 14541

DAVID N. HURD
United States District Judge

---

[1] *Each sued as N.Y.S.P. Investigator.

**DECISION and ORDER**

Plaintiff, Kenneth J. Phelan, commenced this civil rights action in June 2010, pursuant to 42 U.S.C. § 1983. By Report-Recommendation dated July 7, 2010, the Honorable Andrew T. Baxter, United States Magistrate Judge, recommended that the complaint be dismissed in its entirety without prejudice against defendants Gavin, Tyler, Smith, Delnegro, Wagner, Lichva, Rymanowski, and Clabrese; and that the complaint be dismissed in its entirety without prejudice to the extent that it can be read to allege any claims directly against City of Albany. No objections to the Report-Recommendation have been filed.

Based upon a careful review of the file, and the recommendations of Magistrate Judge Baxter, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1. The complaint is DISMISSED in its entirety without prejudice against defendants Robert Gavin, T. Tyler, R. Smith (a/k/a/Rex Smith), Dean Delnegro, Judge Wagner, Nicole M. Lichva, Lynda K. Rymanowski, and Christina Clabrese;

2. The complaint is DISMISSED in its entirety without prejudice to the extent that it can be read to allege any claims directly against the City of Albany;

3. The Clerk is directed to serve a copy of this order upon the plaintiff, complete the directives contained in the order of July 7, and refer the matter back to the Magistrate Judge for any further pretrial proceedings.

IT IS SO ORDERED.

Dated:   July     22, 2010
         Utica, New York.

United States District Judge